1   STEVEN G. KALAR
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700
    Telefacsimile: (415) 436-7706
5
6   Counsel for Defendant SAMANO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )    No. CR-13-0605 EMC
                                       )
13                     Plaintiff,      )    STIPULATION AND [PR~~OPO~~SED]
                                       )    ORDER TO CONTINUE
14  v.                                 )
                                       )
15  ERNESTO SAMANO,                    )
                                       )
16                     Defendant.      )
    _____)

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties jointly request that, subject to the Court's approval, the status conference

2    presently set for January 8, 2014 be continued to January 29, 2014 at 2:30 pm.

3    At the last appearance, the Court set the above-captioned matter over until January 8,

4    2014 for further status.  Unfortunately, defense counsel is now unavailable on that date.

5    Accordingly, the parties jointly request that the appearance be continued to January 29, 2014.

6    Defense counsel also requires additional time to investigate this case and effectively prepare.

7    For the above reasons, the parties stipulate there is good cause – taking into account the

8    public interest in the prompt disposition of this case – to exclude the time from January 8, 2014

9    to January 29, 2014 from computation under the Speedy Trial Act, and that failing to exclude

10   that time would unreasonably deny the defendant and his counsel the reasonable time necessary

11   for continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §

12   3161(h)(7)(A) and (B)(iv).  he parties further agree that the ends of justice would be served by

13   excluding the time from January 8, 2014 to January 29, 2014 from computation under the

14   Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public

15   and the defendant in a speedy trial.

16   IT IS SO STIPULATED.

17

18   1/3/2014                                    /s/

19   _____                     _____

20   DATED                                    WILSON LEUNG
                                              Assistant United States Attorney

21   1/3/2014                                    /s/

22   _____                     _____
     DATED                                    JODI LINKER
23                                            Assistant Federal Public Defender

24   IT IS SO ORDERED.

25   1/6/2014
     _____

26   DATED

27

28