STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant SAMANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO SAMANO,<br><br>Defendant. | Case No. CR 13-0605 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE |

On November 15, 2017, the parties in the above-caption matter appeared before the Court for a status conference on a supervised release violation. At that time, the parties continued the case to December 20, 2017 to allow defendant Ernesto Samano the opportunity to show that he was doing well. While Mr. Samano is doing better, he still has some work to do. Accordingly, the parties jointly request that the matter be continued to January 17, 2018 at 2:30 p.m. for further status.

SO STIPULATED.

  12/18/17
Date

JULIE GARCIA
Assistant U.S. Attorney
s/

Date

JODI LINKER
Attorney for Defendant Samano
s/

IT IS SO ORDERED.

  12/18/17
Date

_____
Judge Edward M. Chen
United States District Judge

IT IS SO ORDERED

*US v. Samano,* Case No. 13-605 EMC;
STIP & [PROPOSED] ORDER TO CONTINUE    2